Fill in this information to identify the case:

Debtor name: **Semblance Medspa LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF NEW YORK**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Allergan** c/o ZeltiQ 4410 Rosewood Drive Pleasanton, CA 94588 | | **Coolsculpting** | **Unliquidated** | **$65,000.00** | **$12,180.00** | **$52,820.00** |
| **Amur Equipment Finance** 308 North Locust STreet, Suite 100 Grand Island, NE 68801 | | **Beautifill Work Station** | **Unliquidated** | **$180,000.00** | **$30,000.00** | **$150,000.00** |
| **Ascentium Capital LLC** 23970 Highway 59 N Kingwood, TX 77339 | | **Coolsculpting** | **Unliquidated** | **$160,000.00** | **$29,820.00** | **$130,180.00** |
| **Ascentium Capital LLC** 23970 Highway 59 N Kingwood, TX 77339 | | **Virtue RF** | **Unliquidated** | **$54,995.00** | **$14,573.00** | **$40,422.00** |
| **Ascentium Capital LLC** 23970 Highway 59 N Kingwood, TX 77339 | | **Subnovii** | **Unliquidated** | **$24,900.00** | **$10,000.00** | **$14,900.00** |
| **Ascentium Capital LLC** 23970 Highway 59 N Kingwood, TX 77339 | | **Tetra Co2** | **Unliquidated** | **$35,000.00** | **$30,000.00** | **$5,000.00** |
| **Bank of America** P.O. Box 15284 Wilmington, DE 19850 | | **Business** | | | | **$48,500.00** |
| **Bank of America** P.O. Box 15284 Wilmington, DE 19850 | | **Business** | | | | **$29,488.00** |

Debtor **Semblance Medspa LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Bank of America** P.O. Box 15284 Wilmington, DE 19850 | | **Business** | | | | $21,950.00 |
| **Cross River Bank Servicing Department** 400 Kelby Street, 14th Floor Fort Lee, NJ 07024 | | | | | | $4,780.00 |
| **Financial Pacific Leasing, LLC** 3455 S. 344th Way, Suite 300 Auburn, WA 98001 | | **BTL Applicator Kit ("Emsculpt")** | **Unliquidated** | $64,800.00 | $17,400.00 | $47,400.00 |
| **Kapitus** 120 W 45th Street New York, NY 10036 | | **Line of Credit** | | | | $5,960.00 |
| **Lease Corporation of America** P.O. Box 1297 Troy, MI 48099-1297 | | **Motus** | **Unliquidated** | $70,200.00 | $18,428.00 | $51,772.00 |
| **North Mill Credit Trust** 81 Throckmorton Avenue, Suite 203 Mill Valley, CA 94941 | | **Emsella Workstation** | **Unliquidated** | $125,485.20 | $30,000.00 | $95,485.20 |
| **Pawnee Leasing Corporation** 3801 Automation Way 207 Fort Collins, CO 80525 | | **Emsculpt** | **Unliquidated** | $160,190.00 | $42,600.00 | $117,590.00 |
| **QL Titling Trust Ltd** 9830 Bauer Drive Indianapolis, IN 46280 | | **Alma Femilift +accessories** | **Unliquidated** | $156,000.00 | $30,000.00 | $126,000.00 |
| **Stearns Bank** 500 13th Street P.O. Box 750 Albany, MN 56307 | | **Sciton** | **Unliquidated** | $252,806.00 | $38,062.00 | $214,744.00 |
| **Stearns Bank** 500 13th Street P.O. Box 750 Albany, MN 56307 | | **BTL Excilis Ultra** | **Unliquidated** | $91,800.00 | $20,000.00 | $71,800.00 |